IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CARROLL D. ROBERSON                                                                         PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:14-CV-00168-NBB-JMV

MCDONALD TRANSIT ASSOCIATES,
INC., CITY OF OXFORD, MAYOR PAT
PATTERSON, OFFICER RON BIGGS
AND CALVIN HILL                                                                             DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the four Report and Recommendations of the United States Magistrate Judge dated April 20th, 21st, and 26th 2016, were recorded on the court's electronic filing system, accessible to all parties, and more than fourteen days have passed since the recording of said Reports and Recommendations. The plaintiff filed a motion in response to the magistrate's Reports and Recommendations; however the response, rather than bringing forth objections, expressly stated that plaintiff had no objections to the four Reports and Recommendations. The court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of this court. It is, therefore,

ORDERED:

1. that the Report and Recommendation of the United States Magistrate Judge dated April 20th, 2016, is hereby approved and adopted as the opinion of this court;

2. that the two Report and Recommendations of the United States Magistrate Judge dated April 21st, 2016, are hereby approved and adopted as the opinion of this court;

3. that the Report and Recommendation of the United States Magistrate Judge dated April 26th, 2016, is hereby approved and adopted as the opinion of this court; and

4. that all Plaintiff's claims are dismissed excluding Plaintiff's state law claims for aggravated assault and intentional infliction of emotional distress against defendants Calvin Hill and McDonald Transit.

THIS, the 23rd day of May, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS**
**SENIOR U.S. DISTRICT JUDGE**